**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TEGAN SABATIER,**

**Plaintiff,**

**v.** **Case No.: 6:26-cv-428-NWH**

**METADOT CORPORATION,**

**Defendant.**
**_________________________________/**

**ORDER**

In this Fair Labor Standards Act ("FLSA") action, the undersigned entered a Report and Recommendation (Doc. 31, the "R&R") recommending that the Court grant Plaintiff/Counterclaim Defendant Tegan Sabatier's Motion to Dismiss Counts III and V of Defendant/Counterclaim Plaintiff Metadot Corporation's Counterclaim, and in the Alternative, Motion for More Definite Statement as to Count V (Doc. 19) and dismiss Counts III and V of the Counterclaim without prejudice. One day before the deadline for objections, the Parties consented to the jurisdiction of the undersigned United States Magistrate Judge. (Doc. 33). The assigned district judge approved the consent to jurisdiction, resulting in the case being reassigned to the undersigned as the presiding judicial officer. (Docs. 34, 35).

Accordingly, it is hereby **ORDERED** that the reasoning and analysis of the R&R (Doc. 31) is **ADOPTED** and made a part of this Order and that:

1. Plaintiff/Counterclaim Defendant Tegan Sabatier's Motion to Dismiss Counts III and V of Defendant/Counterclaim Plaintiff Metadot Corporation's Counterclaim, and in the Alternative, Motion for More Definite Statement as to Count V (Doc. 19) is **GRANTED** and
2. Counts III and V of the Counterclaim are **DISMISSED without prejudice.**

**DONE** and **ORDERED** in Orlando, Florida on August 27, 2026.

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE